IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-03-00231-CR

 

Donald Benjamin Graham,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the Crim Dist Ct 4 of Dallas Co

Dallas County, Texas

Trial Court # F01-1391-JK

 



MEMORANDUM Opinion



 

 

        Appellant
appeals the revocation of his community supervision for murder.  We will affirm.

      The
findings in the trial court’s written judgment revoking community supervision
control over the court’s oral pronouncement. 
Coffey v. State, 979 S.W.2d
326, 328 (Tex. Crim. App. 1998); Brown v.
State, No. 10-03-00069-CR, 2004 Tex. App. LEXIS 8461, at *3 (Tex. App.—Waco Sept. 22, 2004, no pet. h.) (not designated for publication)
(mem. op.).  The violation of one
condition of community supervision is sufficient to revoke it.  See Sanchez
v. State, 603 S.W.2d 869, 871 (Tex. Crim. App. [Panel Op.] 1980); Maxey v. State, 49 S.W.3d 582, 584 (Tex.
App.—Waco 2001, pet. ref’d).  When an
appellant does not challenge all of the grounds on which the trial court
revokes community supervision, the court should be affirmed.  See
Brown at *3; Baxter v. State, 936
S.W.2d 469, 472 (Tex. App.—Fort Worth 1996, pet. dism’d).

      The
trial court orally found only that Appellant failed to report to his community
supervision officer and failed to complete an anger control class, both as
ordered in the judgment imposing community supervision.  In three issues, Appellant challenges those
two findings.  The State’s motion to
revoke community supervision alleged, however, that Appellant committed six
violations of conditions of his community supervision, and the trial court’s
written judgment revoking Appellant’s community supervision found that
Appellant violated all the conditions as alleged in the motion.  Appellant does not challenge the trial
court’s findings that he violated the other four conditions as alleged in the
motion.  Accordingly, we overrule
Appellant’s issues.  

      Having
overruled Appellant’s issues, we affirm.

TOM GRAY

Chief Justice

Before Chief Justice Gray,

      Justice
Vance, and

      Justice
Reyna

Affirmed

Opinion delivered and filed December
 22, 2004

Do not publish

[CR25]